BEFORE THE SECOND DIVISION, MAY 1, 1952

**No. 56608.**—A. Newburg & Company, Inc. *v.* United States, protests 170668–K and 175250–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *B. Shackman & Co.* v. *United States* (26 Cust. Ct. 111, C. D. 1309), the claim of the plaintiff was sustained.

**No. 56609.**—Malmar Paper Co. *v.* United States, protests 161625–K and 161626–K (Seattle).

Opinion by RAO, J.   The protests were dismissed.

**No. 56610.**—Emporium Capwell Company et al. *v.* United States, protests 167113–K, etc. (San Francisco).

Opinion by RAO, J.   The protests were dismissed.

**No. 56611.**—S. Schapiro & Sons, Inc. *v.* United States, protests 170867–K, etc. (Baltimore).

Opinion by RAO, J.   The protests were dismissed.

**No. 56612.**—Bergdorf Goodman Co. *v.* United States, protests 162251–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

**No. 56613.**—Lord & Taylor and Globe Shipping Co., Inc., et al. *v.* United States, protests 163040–K, etc. (New York).

466

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiffs was sustained.

**No. 56614.**—Samuel S. Perry & Co. *v.* United States, protests. 792783–G, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of "artificial gut or artificial tegusu" the same in all material respects as the merchandise the classification of which was involved in *Geo. S. Bush & Co., Inc.* v. *United States* (34 C. C. P. A. 17, C. A. D. 338), the claim of the plaintiff was sustained.

**No. 56615.**—Samuel S. Perry *v.* United States, protests 792823–G, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of "artificial gut or artificial tegusu" the same in all material respects as the merchandise the classification of which was involved in *Geo. S. Bush & Co., Inc.* v. *United States* (34 C. C. P. A. 17, C. A. D. 338), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 1, 1952

**No. 56616.**—F. Frisch, Inc. *v.* United States, protest 179537–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry involved.

**No. 56617.**—Wing Hing Chong Co. and W. J. Byrnes & Co. et al. *v.* United States, protests 662270–G, etc. (San Francisco).